14MISC 0135

BINGHAM MCCUTCHEN LLP
Gary Adler
Bryan P. Goff
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7000
Facsimile: 212.752.5378
gary.adler@bingham.com
bryan.goff@bingham.com

BINGHAM MCCUTCHEN LLP
Geoffrey M. Howard, *pro hac vice* pending
Thomas S. Hixson, *pro hac vice* pending
Kyle Zipes, *pro hac vice* pending
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kyle.zipes@bingham.com

ORACLE CORPORATION
Dorian Daley, *pro hac vice* pending
Deborah K. Miller, *pro hac vice* pending
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com

ORACLE CORPORATION
Jeffrey S. Ross, *pro hac vice* pending
jeff.ross@oracle.com
10 Van de Graaff Drive
Burlington, MA 01803
Telephone: 781.744.0449
Facsimile: 781.238.6273

*Attorneys for Plaintiffs Oracle America, Inc., and Oracle International Corporation*

RECEIVED MAY -2 2014 U.S.D.C. S.D.N.Y. CASHIERS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TERIX COMPUTER COMPANY, INC., a California corporation; MAINTECH INCORPORATED, a Delaware corporation; VOLT DELTA RESOURCES, LLC, a Nevada limited liability company; SEVANNA FINANCIAL, INC., a Nevada corporation; WEST COAST COMPUTER EXCHANGE, INC., a Nevada corporation; and DOES 1–50,<br><br>Defendants. | Case Number: (Misc.)<br><br>Pending In: Case No. 5:13-cv-03385 PSG, United States District Court for the Northern District of California<br><br>**PLAINTIFFS' NOTICE OF MOTION TO COMPEL NON-PARTY COMCAST CORPORATION TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENA** |

A/76008522.1

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 20, 2014 at 10:00 a.m., at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, or as soon thereafter as counsel may be heard, Plaintiffs Oracle America, Inc., and Oracle International corporation (collectively, "Oracle") will move before the Part 1 Judge pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i) for an order compelling non-party Comcast Corporation ("Comcast") to comply with Oracle's subpoena and produce the documents described below. This motion is based on this Notice of Motion, the accompanying Memorandum of Law, the Declaration of Thomas S. Hixson, the pleadings on file in this action, and on such other matters presented to the Court at the time of any hearing.

## RELIEF SOUGHT

Oracle seeks an order compelling Comcast to produce responsive documents under the terms of the Protective Order entered by the Northern District of California in the underlying lawsuit entitled *Oracle America, Inc., et al., v. Terix Computer Company, Inc., et al.*, No. 5:13-cv-03385, and to produce Comcast's Solaris licenses for servers for which Comcast contracted with Defendants for support.

Dated: May 2, 2014

Bingham McCutchen LLP

By: _____
Bryan P. Goff
Attorneys for Plaintiffs Oracle America, Inc., and Oracle International Corporation

A/76008522.1